**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **PREMIER ELECTRONICS, L.L.C.** § | | |
| *Plaintiff*, § | | |
| § | **Civil Action No. 4:19cv57** | |
| v. § | **Judge Mazzant** | |
| § | | |
| **VIVINT INC.,** § | | |
| *Defendant.* § | | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Premier Electronics, L.L.C. ("Premier") files this Plaintiff's Unopposed Motion to Dismiss without Prejudice.

**1.** Premier has determined that this lawsuit may have been filed prematurely. Premier seeks a dismissal without prejudice so it can conduct a further inquiry as to certain facts which may be inaccurately set forth in its complaint.

**2.** No counterclaim, cross-claim, or third-party claim has been filed in this matter.

**3.** Although Vivint entered a general denial in the state court before removing this case to federal court, Vivint has not yet filed an answer to Plaintiff's First Amended Complaint.

**PRAYER**

**FOR THESE REASONS**, Premier prays that this Court dismiss this case without prejudice at this time.

Respectfully submitted,

*/s/ John M. Frick*

———————————————————————
**John M. Frick**
Texas Bar No. 07455200
jfrick@bennettweston.com

**BENNETT, WESTON, LAJONE & TURNER, P.C.**
1603 LBJ Freeway, Suite 280
Dallas, Texas 75234
Tel: (972) 662-4901
Fax: (214) 393-4043

**ATTORNEYS FOR PLAINTIFF
PREMIER ELECTRONICS, L.L.C.**

## CERTIFICATE OF CONFERENCE

On March 7, 2019, I personally conferred with Joshua Bennett, attorney of record for Defendant Vivint, Inc., regarding the merits of the foregoing Plaintiff's Unopposed Motion to Dismiss without Prejudice. Defendant does not oppose this Motion.

*/s/ John M. Frick*

_____
John M. Frick

## CERTIFICATE OF SERVICE

On the 8th day of March, 2019, a true and correct copy of this Plaintiff's Unopposed Motion to Dismiss without Prejudice was served on the following attorneys of record via the CM/ECF system:

Joshua J. Bennett
E. Leon Carter
Dorothy Abzanka Culham
**CARTER ARNETT PLLC**
8150 N. Central Ewy., Suite 500
Dallas, TX 75206

*/s/ John M. Frick*

_____
John M. Frick