# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PREMIER ELECTRONICS, L.L.C. | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   4:19cv57 |
| | § | |
| VIVINT INC. | § | |

### TRANSFER ORDER

It is hereby **ORDERED** that the above-named civil action is transferred to the Honorable

Richard A. Schell, effective immediately.

**SIGNED this 12th day of March, 2019.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE